No. 64446.—Sports International, Inc., and H. B. Thomas v. United States, protest 59/21830 (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the golf caddy carts the subject of Abstract 64052, the claim of the plaintiffs was sustained.

No. 64447.—Time Life, Inc. (Time, Inc.) v. United States, protests 273770–K and 273843–K (New York).

Opinion by RAO, J. The protests were dismissed.